FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/22/2015 8:18:00 AM
DEBBIE AUTREY
Clerk

## NO. 16,841

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 115th JUDICIAL DISTRICT |
| | § | |
| TOMMY DILLARD | § | UPSHUR COUNTY, TEXAS |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Tommy Dillard, Defendant in the above styled and numbered cause, and

gives this written notice of appeal to the Court of Appeals of the State of Texas from the

judgment of conviction and sentence herein rendered against Tommy Dillard.

Respectfully submitted,

Brandon T. Winn
P.O. Box 1300
Gilmer, TX 75644
Tel: (903) 680-9466
Fax: (903) 215-8244

By:_____
Brandon T. Winn
State Bar No. 04070866
winnlawfirm@gmail.com
Attorney for Tommy Dillard

FILED
KAREN BURHM
DISTRICT CLERK
2015 OCT 19 PM 4: 07

## CERTIFICATE OF SERVICE

This is to certify that on October 19, 2015, a true and correct copy of the above and

foregoing document was served on the District Attorney's Office, Upshur County, Texas, by

hand delivery.

Brandon T. Winn

CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL TO THE COURT OF APPEALS

TRIAL COURT NO.     16,841

| | | |
|---|---|---|
| TOMMY RAY DILLARD | * | IN THE 115TH DISTRICT COURT |

TOMMY RAY DILLARD          *     IN THE 115TH DISTRICT COURT

VS.          *     OF

THE STATE OF TEXAS          *     UPSHUR COUNTY, TEXAS

The Record of my office reflect the following information in this case:

DEFENDANT WAS CONVICTED OF: POSSESSION OF CONTROLLED SUBSTANCE

PUNISHMENT ASSESSED: TWO (2) YEARS STATE JAIL

WAS THIS A REVOCATION OF PROBATION? _____X___ YES _____ NO

DEFENDANT IS:  IN JAIL _____X_____ OUT ON BOND _____ OUT ON PROBATION____|_____

IF ON BOND, GIVE AMOUNT: $ _____ DATE BOND WAS POSTED: _____

SENTENCE IMPOSED ON THE  6TH DAY OF OCTOBER,  2015.

IF NO SENTENCE, ORDER APPEALED FROM WAS SIGNED ON : _____ DAY OF _____, _____

WRITTEN NOTICE OF APPEAL WAS FILED ON: 19TH  DAY OF OCTOBER, 2015.

MOTION FOR NEW TRIAL FILED ____X____ NO _____ YES , IF YES, DATE FILED _____

*** IF MOTION FOR NEW TRIAL WAS FILED AFTER NOTICE OF APPEAL, PLEASE GIVE WRITTEN NOTICE TO THE COUT OF APPEAL IMMEDIATELY.

PRESIDING TRIAL COURT JUDGE: Lauren Parish

TRIAL COURT REPORTER: Deanna Drennan

ADDRESS: P. O. BOX 1052, GILMER, TEXAS 75644

WAS DEFENDANT DECLARED INDIGENT? _____X_____ YES _____ NO

DEFENDANT 'S COUNSEL IS:  RETAINED _____ APPOINTED ____X_____ PRO SE _____

DEFENDANT IS REPRESENTED ON APPEAL BY:

ATTORNEY'S NAME:  Dwight Brannon

BAR CODE NUMBER  02894500

ADDRESS:  P. O.  BOX 670, Gilmer, Texas 75644

STATE IS REPRESENTED ON APPEAL BY:

ATTORNEY'S NAME:  Billy W. Byrd

BAR CODE NUMBER  24034354

ADDRESS: 405 N. Titus, Gilmer, Texas 75644

IF TWO OR MORE CASES WERE TRIED TOGETHER, LIST CASE NUMBERS ONLY:

_____

IF COMPANION CASE, LIST DOCKET NUMBER AND DEFENDANT'S NAME:

_____

**** SEND SEPARATE CERTIFICATE FOR EACH CASE APPEALED

DATED THE 20TH DAY OF OCTOBER,  2015.

KAREN BUNN, DISTRICT CLERK

BY: MELISSA CHEVALIER, DEPUTY CLERK

CAUSE NO. 16,841

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 115TH DISTRICT COURT |
| VS | § | OF |
| TOMMY RAY DILLARD | § | UPSHUR COUNTY, TEXAS |

## FIRST AMENDED NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant, Tommy Ray Dillard, who by and through his court appointed appellate attorney, makes and files this his **Formal Notice of Appeal** as follows:

I.

The Defendant received a probated sentence in this cause on May 18, 2015. The May 18, 2015 judgement was filed on May 21, 2015. A State's Petition for Revocation of Probation was filed on August 26, 2015 and an Order Issuing Warrant For Arrest on August 27, 2015.

II.

Upon the October 20, 2015 revocation hearing the Trial Court found the Defendant had violated certain terms and conditions of his probation (community supervision) and sentenced him to 24 months confinement in the State Jail Division of

the Texas Department of Criminal Justice. A Notice of Appeal was filed on October 20, 2015 and this attorney was appointed on October 20, 2015.

## III.

Notice is hereby given for the appeal of said revocation to the Texas Court of Appeals for the 6th Appellate District at Texarkana, Texas.

## PRAYER

WHEREFORE, premises considered, Defendant prays that this Notice of Appeal be filed and acted upon as required by Texas law.

Respectfully Submitted,

By: _Dwight A. Brannon_

Dwight A. Brannon
Attorney at Law
P.O. Box 670
Gilmer, Texas 75644
Phone: 903-843-2523
Fax: 903-843-6014
State Bar No. 02894500

APPELLATE ATTORNEY FOR
Tommy Ray Dillard

2

## CERTIFICATE OF SERVICE

A true and correct copy of the above Notice of Appeal was hand delivered to the office of the Criminal District Attorney of Upshur County, Texas at 405 North Titus Street, Gilmer, Texas, and to the Defendant by mail on this the _21st_ day of _October_, 2015.

_Dwight A. Brannon_
Dwight A. Brannon
Attorney for Tommy Ray Dillard

3

CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL TO THE COURT OF APPEALS

TRIAL COURT NO.       16,841

TOMMY RAY DILLARD                    *       IN THE 115TH DISTRICT COURT

VS.                                  *       OF

THE STATE OF TEXAS                   *       UPSHUR COUNTY, TEXAS

The Record of my office reflect the following information in this case:

DEFENDANT WAS CONVICTED OF: POSSESSION OF CONTROLLED SUBSTANCE

PUNISHMENT ASSESSED: TWO (2) YEARS STATE JAIL

WAS THIS A REVOCATION OF PROBATION? _____X___ YES _____ NO

DEFENDANT IS:  IN JAIL _____X_____ OUT ON BOND _____ OUT ON
PROBATION_____

IF ON BOND, GIVE AMOUNT: $ _____ DATE BOND WAS POSTED: _____

SENTENCE IMPOSED ON THE  6TH DAY OF OCTOBER,  2015.

IF NO SENTENCE, ORDER APPEALED FROM WAS SIGNED ON : _____ DAY OF _____, _____

WRITTEN FIRST AMENDED NOTICE OF APPEAL WAS FILED ON: 21ST DAY OF OCTOBER, 2015.

MOTION FOR NEW TRIAL FILED ____X____ NO _____ YES , IF YES, DATE FILED _____

*** IF MOTION FOR NEW TRIAL WAS FILED AFTER NOTICE OF APPEAL, PLEASE GIVE WRITTEN NOTICE TO THE COUT OF APPEAL IMMEDIATELY.

PRESIDING TRIAL COURT JUDGE: Lauren Parish

TRIAL COURT REPORTER: Deanna Drennan

ADDRESS: P. O. BOX 1052, GILMER, TEXAS 75644

WAS DEFENDANT DECLARED INDIGENT? _____X_____ YES _____ NO

DEFENDANT 'S COUNSEL IS: RETAINED _____ APPOINTED ____X_____ PRO SE _____

DEFENDANT IS REPRESENTED ON APPEAL BY:

ATTORNEY'S NAME: Dwight Brannon

BAR CODE NUMBER 02894500

ADDRESS: P. O. BOX 670, Gilmer, Texas 75644

STATE IS REPRESENTED ON APPEAL BY:

ATTORNEY'S NAME: Billy W. Byrd

BAR CODE NUMBER 24034354

ADDRESS: 405 N. Titus, Gilmer, Texas 75644

IF TWO OR MORE CASES WERE TRIED TOGETHER, LIST CASE NUMBERS ONLY:

IF COMPANION CASE, LIST DOCKET NUMBER AND DEFENDANT'S NAME:

**** SEND SEPARATE CERTIFICATE FOR EACH CASE APPEALED

DATED THE 21ST DAY OF OCTOBER, 2015.

KAREN BUNN, DISTRICT CLERK

BY: MELISSA CHEVALIER, DEPUTY CLERK